COM.

v.

GARCIA, C.

1552 MDA 2016

Superior Court of Pennsylvania.

06/27/2017

CP–36–CR–0001382–2014 (Lancaster)

Affirmed

COM.

v.

MCCOWIN, S.

1809 MDA 2016

Superior Court of Pennsylvania.

06/27/2017

CP–67–CR–0003715–2013 (York)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

GONZALEZ, J.

1815 MDA 2016

Superior Court of Pennsylvania.

06/27/2017

CP–38–CR–0000176–2013 (Lebanon)

Affirmed

COM.

v.

ORTEGA, J.

1845 MDA 2016

Superior Court of Pennsylvania.

06/27/2017

CP–06–CR–0001670–2014 (Berks)

Affirmed